# M A N D A T E

**THE STATE OF TEXAS**

**TO THE 79TH JUDICIAL DISTRICT COURT OF JIM WELLS COUNTY, GREETINGS:**

Before our Court of Appeals for the Fourth District of Texas on February 18, 2015, the cause upon appeal to revise or reverse your judgment between

Melissa Hernandez, Appellant

V.

Christus Spohn Health System Corp., d/b/a Christus Spohn Hospital Kleberg, Appellee

No. 04-14-00091-CV and Tr. Ct. No. 14-03-53076-CV

was determined, and therein our said Court of Appeals made its order in these words:

**In accordance with this court's opinion of this date, the order of the trial court is REVERSED, and the cause is REMANDED to the trial court for further proceedings. Costs of the appeal are taxed against the parties who incurred them.**

WHEREFORE, WE COMMAND YOU to observe the order of our said Court of Appeals for the Fourth District of Texas, in this behalf and in all things have the order duly recognized, obeyed, and executed.

WITNESS the Hon. Sandee Bryan Marion, Chief Justice of the Court of Appeals for the Fourth District of Texas, with the seal of the Court affixed and the City of San Antonio on April 29, 2015.

KEITH E. HOTTLE, CLERK

Cynthia A. Martinez
Deputy Clerk, Ext. 53853

# BILL OF COSTS

## TEXAS COURT OF APPEALS, FOURTH DISTRICT, AT SAN ANTONIO

No. 04-14-00091-CV

**Melissa Hernandez**

**v.**

**Christus Spohn Health System Corp., d/b/a Christus Spohn Hospital Kleberg**

(NO. 14-03-53076-CV IN 79TH JUDICIAL DISTRICT COURT OF JIM WELLS COUNTY)

| TYPE OF FEE | CHARGES | PAID | BY |
|---|---|---|---|
| MOTION FEE | $10.00 | E-PAID | GREGGORY TEETER |
| MOTION FEE | $10.00 | E-PAID | GREGGORY A. TEETER |
| REPORTER'S RECORD | $125.00 | PAID | LAW OFFICE OF THOMAS J. HENRY |
| CLERK'S RECORD | $534.00 | PAID | |
| FILING | $100.00 | PAID | THOMAS HENRY |
| SUPREME COURT CHAPTER 51 FEE | $50.00 | PAID | THOMAS HENRY |
| INDIGENT | $25.00 | PAID | THOMAS HENRY |
| STATEWIDE EFILING FEE | $20.00 | PAID | THOMAS HENRY |

**Balance of costs owing to the Fourth Court of Appeals, San Antonio, Texas:  0.00**

*Court costs in this cause shall be paid as per the Judgment issued by this Court.*

I, **KEITH E. HOTTLE,** CLERK OF THE FOURTH COURT OF APPEALS OF THE STATE OF TEXAS, do hereby certify that the above and foregoing is a true and correct copy of the cost bill of THE COURT OF APPEALS FOR THE FOURTH DISTRICT OF TEXAS, showing the charges and payments, in the above numbered and styled cause, as the same appears of record in this office.

**IN TESTIMONY WHEREOF,** witness my hand and the Seal of the **COURT OF APPEALS** for the Fourth District of Texas, this April 29, 2015.

**KEITH E. HOTTLE, CLERK**

Cynthia A. Martinez
Deputy Clerk, Ext. 53853